## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 1888 Disciplinary Docket No. 3 |
| | : |
| CHARLES M. NASELSKY, | : No. 169 DB 2012 |
| | : |
| PETITION FOR REINSTATEMENT | : Attorney Registration No. 51473 |
| | : |
| | : (Philadelphia) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of May, 2022, the Petition for Reinstatement is granted. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).